# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

136035

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MITCHELL STREET PROPERTY TRUST,
      Plaintiff/Appellee,

v

                                     SC: 136035
                                     COA: 279228
                                     Emmet CC: 06-009652-AV
                                     90th DC: 06-0068-LT

LAKESHORE TIRE & SUPPLY CO, INC.,
      Defendant/Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 4, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

s0616

                                              Clerk